UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

MISSISSIPPI DIVISION, UNITED SONS OF
CONFEDERATE VETERANS, INC.                                    PLAINTIFF

VERSUS                         CIVIL ACTION NO. 1:13cv00355-LG-JCG

HARTFORD FIRE INSURANCE COMPANY                    DEFENDANT/
                                                   THIRD PARTY PLAINTIFF

VERSUS

3-D ENTERPRISES, INC., d/b/a 3-D GLASS COMPANY,
SAUCIER BROS. ROOFING, INC. AND RAY C. WEAVER
MECHANICAL CONTRACTORS, INC.                    THIRD-PARTY DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE OF HARTFORD'S THIRD-PARTY COMPLAINT AGAINST 3-D ENTERPRISES, INC. d/b/a 3-D GLASS COMPANY

This day this cause having come before the Court on the *ore tenus* motion of the Third-Party Plaintiff, Hartford Fire Insurance Company, and the separate Third-Party Defendant, 3-D Enterprises, Inc. d/b/a 3-D Glass Company, each appearing through counsel, and upon call of the action, these parties through their counsel thereupon move the Court for the adoption of this Agreed Final Judgment of Dismissal With Prejudice of the Court in this action.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims and causes of action of the Third-Party Plaintiff, Hartford Fire Insurance Company, as against the separate Third-Party Defendant, 3-D Enterprises, Inc. d/b/a 3-D Glass Company are hereby fully and finally discharged from this action, and that the Third-Party Plaintiff's Complaint against 3-D Enterprises, Inc. d/b/a 3-D Glass Company is hereby finally and forever dismissed with prejudice.

SO ORDERED AND ADJUDGED, on this, the 21ST day of DECEMBER, 2015.

_____
UNITED STATES DISTRICT JUDGE